IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**REGINA BROWN, on behalf of**  :
**GREGORY L. BROWN,**
                                :
    **Plaintiff,**
                                :
vs.
                                :  **CIVIL ACTION 05-0661-CG-M**
**JO ANNE B. BARNHART,**
**Commissioner of**              :
**Social Security,**
                                :
    **Defendant.**

## **ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the opinion of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 15th day of August, 2006.

                              /s/ Callie V. S. Granade
                              CHIEF UNITED STATES DISTRICT JUDGE