IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA BROWN, on behalf of GREGORY L. BROWN,** : | |
| : | |
| Plaintiff, | |
| : | |
| vs. | |
| : | CIVIL ACTION 05-0661-CG-M |
| **JO ANNE B. BARNHART, Commissioner of Social Security,** : | |
| : | |
| Defendant. | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Regina Brown, on behalf of Gregory L. Brown.

**DONE and ORDERED** this 15th day of August, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE